UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☒ 3rd _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: VYVYAN RODGERS      JOINT DEBTOR: _____      CASE NO.: 17-17153-AJC

SS#: xxx-xx- 0694      SS#: xxx-xx- _____

### I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ☒ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ☒ |
| Nonstandard provisions, set out in Section VIII | ☐ | ☒ |

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $321.26 for months 1 to 7 ;
2. $1,030.20 for months 8 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $5500.00 | Total Paid: | $1425.00 | Balance Due: | $4075.00 |
|---|---|---|---|---|---|
| Payable | $254.69 | /month (Months | 1 | to | 16 ) |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Fees are subject to fee application

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: MIAMI-DADE COUNTY TAX COLLECTOR
   Address: SUITE 430
   200 NW 2ND Avenue
   Miami, FL 33128

   Arrearage/ Payoff on Petition Date: 5345.40 (includes 18 % interest)
   Payoff with interest: $6.88 /month (Months 1 to 7 )
   Payoff includes interest: $99.95 /month (Months 8 to 60 )

   Last 4 Digits of Account No.: 0291
   Other: 2017 Property Tax

Debtor(s): VYVYAN RODGERS     Case number: 17-17153-AJC

- ☒ Real Property
  - ☒ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1806 NW 107 Street, Miami, FL 33147

- ☐ Personal Property/Vehicle

Description of Collateral:

2. Creditor: MIKON FINANCIAL SERVICES, INC.

   Address: 6405 NW 36 Street
            Miami, FL 33126

   Arrearage/ Payoff on Petition Date: 28,081.90 (includes 18% interest)
   Payoff Includes interest: $6.88 /month (Months 1 to 7)
   Payoff includes interest: $317.49 /month (Months 8 to 16)
   Payoff includes interest: $572.18 /month (Months 17 to 60)

   Last 4 Digits of Account No.: 0186

   Other: 2007-2012 Property Taxes

- ☒ Real Property
  - ☒ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1806 NW 107 Street, Miami, FL 33147

- ☐ Personal Property/Vehicle

Description of Collateral:

3. Creditor: TLGFY LLC, CAPITAL ONE NA,AS COLLATERAL ASSIGNEE OF TLGFY LLC 83920

   Address: POB 54347
            New Orleans, LA 70154

   Arrearage/ Payoff on Petition Date: 1287.82 (includes 0.25 % interest)
   Payoff includes interest: $6.88 /month (Months 1 to 7)
   Payoff includes interest: $23.37 /month (Months 8 to 60)

   Last 4 Digits of Account No.: 8547

   Other: 2014 Property Taxes

- ☒ Real Property
  - ☒ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1806 NW 107 Street, Miami, FL 33147

- ☐ Personal Property/Vehicle

Description of Collateral:

4. Creditor: MAGNOLIA TC 16, LLC , US, BANK CUST FOR MAGNOLIA TC 16 LLC 711239

   Address: 558 W New England Ave
            Ste 250
            Winterpark, FL 32789

   Arrearage/ Payoff on Petition Date: 3396.68 (includes 0.25% interest)
   Payoff includes interest: $6.88 /month (Months 1 to 7)
   Payoff includes interest: $63.18 /month (Months 8 to 60)

   Last 4 Digits of Account No.: 6815

LF-31 (rev. 10/3/17)                    Page 2 of 4

| | |
|---|---|
| Other: | 2015 Property Taxes |

■ Real Property    Check one below for Real Property:
  ■ Principal Residence        ☐ Escrow is included in the regular payments
  ☐ Other Real Property        ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
1806 NW 107 Street, Miami, FL 33147

☐ Personal Property/Vehicle
Description of Collateral:

---

5. Creditor: CAZ CREEK FLROIDA, IV, LLC795349
   Address: POB 54073         Arrearage/ Payoff on Petition Date    3678.97 (includes .0.25 % interest)
            New Orleans, LA   Payoff with interest        $6.88    /month (Months  1  to  7  )
            70154-4073        Payoff includes interest    $68.51   /month (Months  8  to  60 )
   Last 4 Digits of
   Account No.:    6150
   Other:    2016 Property Taxes

■ Real Property    Check one below for Real Property:
  ■ Principal Residence        ☐ Escrow is included in the regular payments
  ☐ Other Real Property        ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
1806 NW 107 Street, Miami, FL 33147

☐ Personal Property/Vehicle
Description of Collateral:

---

B. **VALUATION OF COLLATERAL:**    ■ NONE

C. **LIEN AVOIDANCE**    ■ NONE

D. **SURRENDER OF COLLATERAL**: Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:**    ■ NONE

  B. **INTERNAL REVENUE SERVICE:**    ■ NONE

  C. **DOMESTIC SUPPORT OBLIGATION(S):**    ■ NONE

  D. **OTHER:**    ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay    $100.00    /month (Months  8  to  60 )
     Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:**    ■ NONE

Debtor(s): VYVYAN RODGERS     Case number: 17-17153-AJC

\*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.   EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

**VII.   INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

**VIII.   NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| VYVYAN RODGERS | | | |

| | | |
|---|---|---|
| JOSE FUNCIA, ESQ. | February 16, 2018 | |
| Attorney with permission to sign on Debtor(s)' behalf | Date | |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**