UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No.: 17-17153-BKC-PGH
 Chapter 13

Vyvyan Williams Rodgers,

    Debtor.
_____/

**<u>AGREED MOTION TO MODIFY PLAN TO INCREASE THE PLAN BASE</u>**

COMES NOW, Nancy K. Neidich, Standing Chapter 13 Trustee, by and through the undersigned counsel, and moves this Honorable Court for an Order Granting the Motion to Modify Plan to Increase the Plan Base and as grounds therefore states:

1. On March 1, 2018, the Court entered an order Confirming Debtor's Third Amended Chapter 13 Plan ("Confirmed Plan") [ECF Nos. 62 & 57].

2. To continue disbursements under the confirmed plan, the Debtor's plan base must be increased in the amount of $7,000.00.

3. The Trustee requests the plan base be increased to continue and complete disbursements under the confirmed plan.

4. Undersigned counsel spoke with debtor's counsel, Mr. Joshua Miller, Esq. who advised that he agrees with the instant Motion.

1

WHEREFORE, for the above stated reasons, the Trustee respectfully requests this Honorable Court grant the Agreed Motion to Modify and Increase Plan Base and for any further relief as may be deemed just and proper.

                                                NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: */s/ Kenia Molina*
Kenia Molina, Esq.
Staff Attorney
(954) 443-4402
Florida Bar No. 0085156
P.O. BOX 279806
MIRAMAR, FL 33027

## **CERTIFICATE OF SERVICE**

I CERTIFY that the forgoing has been served by CM/ECF notices of electronic filing upon the Counsel for the Debtor on March 21, 2023.

By: */s/ Kenia Molina*
Kenia Molina, Esq.
Florida Bar No. 0085156
Staff Attorney
Nancy K. Neidich
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402