CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on September 17, 2024**

**Corali Lopez–Castro**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17–17153–CLC

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Vyvyan Williams Rodgers
aka Vyvyan Williams Silvas–Price

1806 NW 107 Street
Miami, FL 33167

SSN: xxx–xx–0694

## FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.